**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dirrlo DELCID, Defendant—Appellant.**

No. 08–6041.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2008.

Decided: March 31, 2008.

Dirrlo Delcid, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, James T. Strawley, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dirrlo Delcid appeals the district court's order construing his "motion for sentence adjustment" as a Fed.R.Crim.P. 35 motion for reduction of sentence and denying the motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Delcid,* No. 1:06–cr–00495–LMB–2 (E.D. Va. filed Nov. 19, 2007; entered Nov. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*